# COURT REPORTER'S REQUEST FOR EXTENSION OF TIME

THIS RECORD IS DUE ON __4-3-15__

THIS RECORD WAS ORIGINALLY DUE ON __2-27-15__

I AM REQUESTING __30__ DAYS

THIS RECORD IS APPROXIMATELY __300__ PAGES LONG

IS THIS APPEAL ACCELERATED? ___YES ✓NO

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
4/7/2015 11:45:14 AM
DEBBIE AUTREY
Clerk

SIXTH COURT OF APPEALS CAUSE NO. __06-14-00221-CR__

STYLE OF CASE: __Brian Eugene Woodard vs. State__

TRIAL COURT __354th__

TRIAL COURT CAUSE NO. __29,390__

I am responsible for preparing a record in this appeal, but am unable to file the record by the original due date for the following reason(s): (Check all that apply – attach additional pages if necessary.)

☐ To the best of my knowledge, the Appellant has made no claim of indigence, or has been found to be not indigent, and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

☒ My duties listed below preclude working on this record: _I am almost finished, just need a little more time due to the jury trials we've had every week for the last few weeks. We have jury trials scheduled every week until the middle of May._

☐ Other (explain): ___

In compliance with Tex. R. App. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

4-6-15
Date

903-408-4108
Office Phone Number

vrooman.julie@gmail.com
E-mail address (if available)

Signature

Julie Vrooman
Printed Name

354th court reporter
Official Title

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

**Lead Counsel for Appellant(s):**

Name: Charles E. Perry

Address: 1101 Scott Ave.

Commerce TX 75428

Phone No. 903 886 0774

Attorney for: Brian Woodard

**Lead Counsel for Appellee(s):**

Name: Steve Lilley

Address: PO Box 1097

Greenville, TX 75401

Phone No. 903-408-4180

Attorney for: State of Texas

FAX TO: Molly Pate (Deputy Criminal Clerk) or Kim Robinson (Deputy Civil Clerk)

Sixth Court of Appeals, Texarkana, at

903 798-3034

(to be followed by a printed version by mail)